SEALED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**In the Matter of the Complaint and Arrest Warrant in**

**United States of America,**

**v.**

**EDWARD CHARLES GREEN,**

**Defendant.**

**3:21-mj-00185**

**ORDER TO SEAL COMPLAINT AND ARREST WARRANT AND RELATED MATERIALS**

**UNDER SEAL**

Based on the Motion of the government, the Court finds that an ongoing criminal investigation may be seriously jeopardized by public disclosure at this time of the criminal complaint and arrest warrant-related documents associated with the above-referenced matter.

IT IS ORDERED that the Criminal Complaint, Affidavit for Complaint and Arrest Warrant, the Return, this Order, the underlying Motion to Seal, and any further pleadings filed in this matter are SEALED until further order of this Court, except that the government may furnish copies of each document to the affiant and the affiant's investigative agency for their investigative needs.

////

IT IS FURTHER ORDERED that the government is authorized to provide copies of the Criminal Complaint, Affidavit for Complaint and Arrest Warrant and any further pleadings to attorneys for any defendants in this case as part of its discovery obligations.

Dated: September 28, 2021

John Jelderks

HONORABLE JOHN JELDERKS
United States Magistrate Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

/s/ Parakram Singh

PARAKRAM SINGH, OSB #134871
Assistant United States Attorney