SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:21-mj-00184** |
| **v.** | **MOTION TO PARTIALLY UNSEAL CASE** |
| **THOMAS EDWARD GREEN III,** | |
| **Defendant.** | |

The United States of America moves this court for an order to partially unseal the above-captioned case. The United States requests the affidavit in support of the complaint remain under seal as the matter remains under investigation. The government will file a redacted version of the complaint and affidavit to be publicly available.

Thomas Edward Green III has been arrested and the arrest warrant and complaint are necessary for arraignment and other court purposes. The government intends to disclose the

sealed document to defense counsel, but requests that only the redacted documents be referred to in public proceedings.

Dated: September 29, 2021

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

/s/ Parakram Singh
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney